UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**PEDRO FIGUEROA,**
        **Petitioner,**

     v.                                  Case No. 05C1027

**LARRY JENKINS,**
        **Respondent.**

## ORDER

On September 26, 2005, Pedro Figueroa filed a petition pursuant to 28 U.S.C. § 2254, asserting that his state court conviction and sentence were imposed in violation of the Constitution. Due to some confusing filings, petitioner's case has not advanced very much in the past year. Pursuant to my October 19, 2006, order, petitioner filed a letter stating that he will proceed under his September 26, 2005, petition. This order sets a final briefing schedule for the case.

**IT IS ORDERED** that:

1)    Petitioner shall have 30 days from the date of this order to file a brief in support of his petition[1];

2)    Respondent shall have 45 days following the filing of petitioner's brief in support within which to file a brief in opposition; and

3)    Petitioner shall have 30 days following the filing of respondent's opposition brief within which to file a reply brief, if any.

---

[1] If petitioner wants his "Brief in Opposition of Respondent's Answer" to serve as the brief in support, then he may simply notify me of that by letter. The schedule for the brief in opposition and the reply brief will remain the same.

Pursuant to Civil L.R. 7.1(f), the following page limitations apply: briefs in support of or in opposition to the habeas petition must not exceed thirty pages and reply briefs must not exceed fifteen pages, not counting any statements of facts, exhibits, and affidavits.

Dated at Milwaukee, Wisconsin, this 6 day of November, 2006.

/s_____
LYNN ADELMAN
District Judge